IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:22-cr-00029 |
| | ) | |
| | ) | 18 U.S.C. § 1001(a)(2) |
| -versus- | ) | |
| | ) | |
| | ) | |
| **HAKEEM ADEDOYIN BLAIZE** | ) | **INDICTMENT** |

## COUNT 1
(False Statement)

THE GRAND JURY CHARGES:

1. At all times relevant to this indictment, the United States Department of State was an agency of the executive branch of the Government of the United States.

2. At all times relevant to this indictment, the Charleston Passport Center was a facility operated by the United States Department of State, Bureau of Consular Affairs, for the filing, processing, and adjudication of Applications for U.S. Passports (form DS-11).

3. At all times relevant to this indictment, the Charleston Passport Center was located at 1269 Holland Street, North Charleston, South Carolina.

4. On or about March 7, 2020, in the District of South Carolina and elsewhere, the defendant, **HAKEEM ADEDOYIN BLAIZE**, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious and fraudulent statements and representations, in that he executed and submitted to the United States Department of State an Application for U.S. Passport (form DS-11), which was subsequently received at the Charleston Passport Center, on which the defendant falsely stated his country of birth. The defendant, **HAKEEM ADEDOYIN BLAIZE**, knew that this statement and representation was false when made.

In violation of Title 18, United States Code, Section 1001(a)(2).

A **True** BILL

FOREPERSON

*Corey F. Ellis*
COREY F. ELLIS (dhs)
UNITED STATES ATTORNEY

RECORD OF GRAND JURY BALLOT

cr 1:22-cr-00284

THE UNITED STATES OF AMERICA v. HAKEEM ADEDOYIN BLAIZE

(SEALED UNTIL FURTHER ORDER OF THE COURT)